**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 23 CR 307 |
| | ) | |
| DERRIUS BURNS | ) | Hon. Matthew F. Kennelly |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR
PRETRIAL RELEASE**

Now comes the defendant, Derrius Burns, by and through his attorneys, Nishay K. Sanan and Cece White, and respectfully requests that this Honorable Court grant his request for pretrial release on conditions pursuant to 18 U.S.C. § 3142(c). In support, Mr. Burns states:

1.      On May 16, 2023, the Grand Jury returned an indictment charging Derrius Burns with one count of conspiracy to commit Hobbs Act robbery in violation of 18 U.S.C. § 1951(a) (count 1); one count of Hobbs Act Robbery in violation of 18 U.S.C. § 1951(1) and § 2 (count 2); one count of brandishing a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A) (count 3); one count of conspiracy to commit kidnapping in violation of 18 U.S.C. § 1201(c) (count 4); and one count of kidnapping in violation of 18 U.S.C. § 1201(a)(1) and § 2 (count 5). Dkt. 1.

2.      Prior to the initiation of the current case, on August 9, 2022, Mr. Burns was sentenced to a 69-month term of imprisonment for being a felon in possession of a firearm. *See United States v. Derrius Burns*, 19 CR 758, Dkt. 85, 86. On February 6, 2024, his motion for a reduced sentence under 18 U.S.C. § 3582(c)(2) was granted and his term of imprisonment was reduced to time considered served, effective as of February 15, 2024. *Id.* at Dkt. 103.

1

3. On June 13, 2023, Mr. Burns initially appeared before the Court on the current charges and waived his right to a detention hearing. Dkt. 28.

4. Mr. Burns now seeks a hearing to present arguments on the issue of his pretrial release with conditions. Further, Mr. Burns requests that U.S. Pretrial Services prepare a Pretrial Services Report based on the availability of a Third-Party Custodian, if deemed appropriate by this Court.

5. Counsel for Mr. Burns has conferred with the government's attorney who opposes Mr. Burns' release.

6. Pursuant to 18 U.S.C. § 3142(c), Mr. Burns proposes that he be granted a hearing and released from custody on conditions, including:

a. Home confinement with movement for employment or when deemed appropriate by Pretrial Services;
b. Use of a Third-Party Custodian;
c. Frequent check-ins with Pretrial Services staff to confirm compliance with conditions;
d. Any other conditions which this Court believes appropriate to reasonably assure the safety of the community and the appearance of Mr. Burns before this Court.

For these reasons, Mr. Burns respectfully requests a hearing on the issue of pretrial detention pursuant to 18 U.S.C. 3142.

Respectfully submitted,

*/s/ Cece White*

_____

Cece White
Nishay K. Sanan, Esq.
53 W. Jackson Blvd, Suite 1424
Chicago, IL 60604
312-692-0360
cece@sananlaw.com

2