**MR**

TRULINCS 56325510 - WILLIAMS, CALVERT - Unit: CCC-D-A

--------------------------------------------------------------------------------



**FILED**
12/9/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**MAM**

FROM: 56325510
TO:
SUBJECT: replacing donna foley
DATE: 11/30/2025 02:18:29 PM

united states district court
northern district of illinois
eastern division

plaintiff calvert:williams
vs.
the UNITED STATES

docket number: 23 - cr-00307

judge kenelly

notice by plaintiff, to replace defense counsel, donna foley with other and better defense in place of donna foley:

i, plaintiff calvert:williams hereby prove-as-invoke, the following at to how-as-why this notice is totally justified in-and-as being immediately and totally granted.:

defense counsel donna foley tried to do as little as possible during the crucial time of possible death of plaintiff, calvert:williams = donna foely avoided ever compelling any required actions from (any of) the m.c.c. staff as well as from this court or even other outside oversight authorities.

defense counsel donna foley often and regularlly avoided regular and required communications with plaintiff, calvert: williams...for the most part.

defense counsel donna foley takes and emphasizes this death and her family as first priority as she should; howver...when i, plaintiff calvert:williams was earlier in dire need of her assistance during my life-threatening medical mistreatment in the m.c.c., donna foley was "missing in action" by avoiding ever filing earlier-proven/provable filings emailed to her, to address and remedy the intentionally and inbred medical mistreatment issues and overall medical mistreatment matter.

donna foley does not take this case seriously. Everything she is doing is only because i, this plaintiff, am putting "everything" on the docket, where otherwise, donna foley would have avoided as much as possible, ever doing anything for my side of this case.

**((Not only is donna foley doing this to me, but she is doing the same as this all throughout here, to sidney:blackman who is also an inmate on in the m.c.c. and feels the exact same way as me.))**

With all due respect, her time has passed. i think that if she still had the energy for this line of wirk, she would have been great, but she hasn't now. At the rate she's going, with my case, by the time i get out (of prison) i'll be her age, or older.

*****(((((these invocations in law and by law-including later united states supreme court caselaw/precedents rule--as-prove how-as-why this notice to replace defense counsel, is justified-as-entitled by law, as immediately and fully granted.:

Rule 60 (b), (3), (4) of federal rules of civil procedure (new evidence and new evidence of fraud within or upon, the court);

Section 1001 of title 18 U.S.C. "false declarations" (invoked here); Whereby...donna foely withholding vital evidence emailed to her (also for her to file), of medical mistreatment via: "outrageous government misconduct", "conspiracy against rights", and deprivation of rights", even "the istanbul doctrine", is tantamount, to donna foley otherwise more-overtly committing violation(s) of (this) Section 1001 of title 18 U.S.C.. donna doley falsely declared that "all is well." and that "cavlert:williams is lying about his medical torture." by her decision to withold and conceal knock--down/drag-out/airtight evidence of everything i, plaintiff calvert:williams declare and affirm about my matter of (intentional) tortrue and abuse by medical means.;

united states supreme court caselaw/precedent: "UNITED STATES vs. lovasco" rules-as-proves that negligent and/or

TRULINCS 56325510 - WILLIAMS, CALVERT - Unit: CCC-D-A

--------------------------------------------------------------------------------

disloyal defense counsel causing either criminal convictions and/or pending criminal prosecutions to appear to favor the government, are grounds-enough for reversing and overturning those convictions and Dismissing those pending prosecutions With Prejudice.

united states supreme court caselaw/precedent: "UNITED STATES vs. marion" rules-as-proves that negligent and/or disloyal defense counsel causing either criminal convictions and/or pending criminal prosecutions to appeal to favor the government, are grounds-enough for reversing and overturning those convictions and Dismissing those pending prosecutions With Prejudice.

"outrageous government misconduct" in united states supreme court caselsaw/precedent "the people of california vs. rochin" (medical mistreatment/torture) (ignored by donna foely); rules-as-proves, that "outrageous government miscondict" in "rochin" and other misconduct cases beyond "rochin" are grounds-enough, for the entire (pending prosecution/conviction), being utterly reversed, Disimissed With Prejudice...and Without Exception.))))))*****

Calvert Williams

calvert williams 568-86-510
chicago metropolitan correctional center,
71 west van buren street
chicago, illinois, 60605

S SUBURBAN IL 604

4 DEC 2025 PM 6 L

Legal Mail

William F. Buckley
FOREVER USA

RECEIVED

DEC 09 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT CO

clerks' office
the clerk of the united states district court
219 south dearborn street
chicago, illinois, 60604

12/09/2025-15

60604-180099



**METROPOLITAN CORRECTIONAL CENTER**
71 W VAN BUREN ST, CHICAGO IL 606005
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

## DEC 0 4 2025

If the sender raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification,
if the sender encloses correspondence for forwarding to another addressee,
please return to the enclosure to the above address.