UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CALVERT WILLIAMS

No. 23 CR 307

Judge Matthew F. Kennelly

### STATUS REPORT

The United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, hereby submits this status report.

1.      On or about January 8, 2026, the Court directed the government to look into defendant's claim that his discovery is not being held in the law library. Dkt. 275.

2.      Attached is a letter from the Education Supervisor at the Metropolitan Correctional Center in Chicago which confirms that defendant's sensitive discovery materials are being stored by the Education Department, outlines the process by which defendant can request access to his sensitive discovery materials, and includes the dates/number of times defendant has requested access to his sensitive discovery materials. *See* Exhibit 1.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     /s/ *Simar Khera*
SIMAR KHERA
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Date: January 12, 2026

# Exhibit 1



U.S. Department of Justice
Federal Bureau of Prisons
Metropolitan Correctional
Center

*71 W. Van. Buren St.*
*Chicago, IL 60605*

January 12, 2026

Assistant United States Attorney Simar Khera
Via email ONLY: Simar.Khera@usdoj.gov

Dear AUSA Khera:

This letter is in response to your request for information, received January 8, 2026, regarding the communication between Metropolitan Correctional Center in Chicago ("MCC Chicago") inmate Calvert Williams (Reg. No. 56325-510) and the MCC Chicago Education Department, relating to his sensitive discovery. As to your specific inquiries:

1. In March 2025, the Education Department at MCC Chicago received sensitive discovery materials for inmate Calvert Williams.

2. The discovery materials have been stored in the Education Department since March 2025.

3. Like any MCC Chicago inmate with sensitive discovery, these discovery materials can be viewed by Williams at his request. Once a request is received, employees within the Education Department schedule a time for him to come down to the Education Department to review the sensitive discovery materials. Unlike "normal" (non-sensitive) discovery that an inmate can possess and review on their housing unit, "sensitive" discovery is maintained by the Education Department and can only be viewed in the Education Department via appointment.

4. The procedure to request an appointment to view sensitive discovery materials is posted to TRULINCS (electronic messaging system) and on the physical bulletin board in each housing unit. Exhibit A is a copy of the procedures posted on the bulletin boards.

5. On December 24, 2025, Williams requested an appointment but did not specifically state he wanted to review the sensitive discovery materials. Instead, he wrote, "i need to go to the law library and general library on your floor. Please make and [sic] appointment for me to do so and email be [sic] (timely) in advance, thank you."

January 12, 2026 – Letter to AUSA Khera (Page 2 of 2)

6. The request was denied because Williams did not specify he wanted to review the sensitive discovery materials since the main law library is open by appointment only to view sensitive discovery materials and Williams had access to the basic law library and leisure library in his housing unit.

7. In the denial response, the Education Department stated, "[t]he main law library, located on the 9th floor, is open by appointment for individuals to view sensitive discovery materials. We do not have sensitive discovery for you. Each housing unit is equipped with its own electronic law library for general inmate use and book cart. All required documents are available on the ELL system."

8. The response incorrectly stated that the Education Department did not have sensitive discovery for Williams and was included in error. A subsequent electronic message was sent via the TRULINCS system on January 8, 2026, curing this error and reminding Williams of the procedure to schedule an appointment to view his sensitive discovery materials.

9. An email search was conducted and revealed that Williams' December 24, 2025, email was his first correspondence to the Education Department. He made no mention of requesting an appointment to view his sensitive discovery materials, which were received by the MCC Chicago Education Department in March, 2025.

I hope you find this information helpful.

Sincerely,

A. Marquette
Education Supervisor
MCC Chicago

Exhibit A



# MCC CHICAGO

## INMATE BULLETIN

### SENSITIVE DISCOVERY REQUEST PROCEDURES

Each housing unit is equipped with Electronic Law Library and Discovery computers for general use.

**The Discovery computer on the 9th floor is available for viewing "sensitive" legal discovery material by appointment. Appointments for viewing Sensitive Discovery are generally available from 6:30 – 8:00 am, Monday - Thursday, based on staff availability.**

❖ If you need to schedule a time to view "sensitive" discovery, please email the **Inmate to Education** box so an appointment can be scheduled for you.

**You will receive an email with the date of your appointment, and you will be placed on the call-out. If you do not attend your scheduled time, your name will be removed from the list, and you will need to send another request in order to be rescheduled.**

**Normally, appointments are scheduled in order of request. If you need special consideration due to an approaching court date, please note that date in the email and we will attempt to schedule you as soon as possible.**

_____

A. Marquette, Supervisor of Education

1/4/2026
_____

Date

Exhibit A